```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-01415-HWV
Barry E. Rothermel                                                  Chapter 13
Patricia Rothermel
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman              Page 1 of 1              Date Rcvd: May 31, 2018
                              Form ID: ntnew341            Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
db/jdb         +Barry E. Rothermel,    Patricia Rothermel,    520 Cumberland Street,    Lebanon, PA 17042-5340
5045122        +Chase Mortgage,    Attn: Case Research & Bankruptcy,    Po Box 24696,    Columbus, OH 43224-0696
5045123        +KML Law Group PC,    701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
5045118         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5045119        +E-mail/Text: bknotices@conduent.com May 31 2018 19:17:50     Acs/us Bank,    501 Bleecker St,
                 Utica, NY 13501-2401
5045121         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2018 19:24:28      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
5045120        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2018 19:24:21      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5045117         E-mail/Text: cio.bncmail@irs.gov May 31 2018 19:17:17     Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
5062430         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2018 19:38:34
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5045718        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2018 19:38:33
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5045124        +E-mail/Text: jennifer.chacon@spservicing.com May 31 2018 19:17:52
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 2 Patricia  Rothermel gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor 1 Barry E. Rothermel gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL.
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Barry E. Rothermel
Patricia Rothermel

Debtor(s)

Chapter 13

Case No. 1:18−bk−01415−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: July 12, 2018<br>Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: REshelman, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: May 31, 2018