Benjamin B. Weaver, General Appraiser
913 Chestnut Street
Lebanon, PA 17042
(717) 304-7972


April 13, 2018


Barry E & Particia Rothermel
520 Cumberland St
Lebnanon, PA 17042


Re: Property:   520 Cumberland St
                Lebanon, PA 17042
    Owner:      Barry E & Particia Rothermel
    File No.:   #18149


   In compliance with your request, the undersigned has completed a restricted appraisal of the above referenced property. The purpose of this appraisal is to estimate the fair market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership for the clients and designated representatives for the use in a bankruptcy purposes.

   This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood, and economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

   As a result of my investigation and detailed findings, it is my considered and professional opinion that the subject property, further described in this report, warrants a "as is" Market Value as of April 9, 2018 in the amount of:
**ONE HUNDRED TWELVE THOUSAND DOLLARS ($112,000)**

It has been a pleasure to assist you. Please do not hesitate to contact me if I can be of additional service to you.



Sincerely,

*[signature]*

Benjamin B. Weaver
General Appraiser
Lic#: GA003765

# RESTRICTED APPRAISAL REPORT

## SUBJECT / ASSIGNMENT

| Field | Value |
|---|---|
| Property Address: | 520 Cumberland St |
| City: | Lebanon |
| State: | PA |
| Zip Code: | 17042 |
| County: | Lebanon |
| Legal Description: | Deed Ref: 70-971 |
| Assessor's Parcel #: | 04-2339177-369314-0000 |
| Tax Year: | 2018 |
| R.E. Taxes: $ | 4,469 |
| Special Assessments: $ | N/A |
| Borrower (if applicable): | Barry E & Particia Rothermel |
| Current Owner of Record: | Barry E & Particia Rothermel |
| Occupant: | ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing |
| Property Type: | ☒ SFR ☐ 2-4 Family |
| # of Units: | 1 |
| Ownership Restriction: | ☐ None ☐ PUD ☐ Condo ☐ Coop |
| Market Area Name: | Lebanon City - Ward 4 |
| Map Reference: | 30140 |
| Census Tract: | 0001.00 |
| | ☐ Flood Hazard |

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach ☐ Other:

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: For the client and designated representatives for the purposes of determining fair market value for bankruptcy process purposes.

Under USPAP Standards Rule 2-2(b), this is a Restricted Appraisal Report, and is intended only for the sole use of the named client. There are no other intended users. The client must clearly understand that the appraiser's opinions and conclusions may not be understood properly without additional information in the appraiser's work file.

Client: Barry E & Particia Rothermel   Address: 520 Cumberland St, Lebnanon, PA 17042
Appraiser: Benjamin B. Weaver   Address: 913 Chestnut St, Lebanon, PA 17042-5128

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 520 Cumberland St, Lebanon, PA 17042 | 418 Cumberland St, Lebanon, PA 17042 | | 826 Walnut St, Lebanon, PA 17042 | | 7 Maple St, Lebanon, PA 17046 | |
| Proximity to Subject | | 0.09 miles E | | 0.33 miles SW | | 0.86 miles NE | |
| Sale Price | $ | | $ 129,900 | | $ 130,000 | | $ 137,000 |
| Sale Price/GLA | $ /sq.ft. | $ 35.34 /sq.ft. | | $ 41.65 /sq.ft. | | $ 33.03 /sq.ft. | |
| Data Source(s) | Inspection | MLS, Courthouse | | MLS, Courthouse | | MLS, Courthouse | |
| Verification Source(s) | County Records | County Records, Ext. Inspection | | County Records, Ext. Inspection | | County Records, Ext. Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | Cash None Noted | | FHA Seller Conc-7,800 | -7,800 | FHA Seller Conc-8,274 | -8,274 |
| Date of Sale/Time | | 04/27/2016 | | 10/26/2016 | | 08/12/2016 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Urban/Ave | Equal | | Equal | | Equal | |
| Site | 5,148 sf | 6,534 sf | 0 | 3,168 sf | 0 | 13,752 sf | -4,000 |
| View | Neutral/Urban | Equal | | Equal | | Equal | |
| Design (Style) | 2.5 st Semi-Det | 2.5 st Semi-Det | | 2.5 st Detached | | 3 st Detached | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | ~186 | ~94 | 0 | ~103 | 0 | ~111 | 0 |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 12 / Bdrms 5 / Baths 1f 1p | Total 12 / Bdrms 5 / Baths 2f 2p | -7,500 | Total 10 / Bdrms 5 / Baths 3f 0p | -7,500 | Total 12 / Bdrms 6 / Baths 2f 2p | -7,500 |
| Gross Living Area | 3,245 sq.ft. | 3,676 sq.ft. | -5,172 | 3,121 sq.ft. | +1,488 | 4,148 sq.ft. | -10,836 |
| Basement & Finished Rooms Below Grade | Full Basement Partial Finish | Full Basement Unfinished | +1,000 | Full Basement Unfinished | +1,000 | Full Basement Unfinished | +1,000 |
| Functional Utility | Typical for Style | Typical for Style | | Typical for Style | | Typical for Style | |
| Heating/Cooling | Oil HW/None | Gas HW/None | 0 | Gas HW/CA | -2,000 | Oil HW/None | |
| Energy Efficient Items | Fireplace | Fireplace | | Fireplace | | Fireplace | |
| Garage/Carport | 2 C Det. Garage | 4 C Det. Garage | -6,000 | None | +6,000 | 2 C Det. Garage | |
| Porch/Patio/Deck | Patio | Patio | | Patio,Porch | 0 | Porch,Patio,Balcny | |
| Net Adjustment (Total) | | ☐ + ☒ − $ | -17,672 | ☐ + ☒ − $ | -8,812 | ☐ + ☒ − $ | -29,610 |
| Adjusted Sale Price of Comparables | | | $ 112,228 | | $ 121,188 | | $ 107,390 |

Summary of Sales Comparison Approach  All sales were equal style being larger dwellings having in home offices and all located within the Lebanon City Limits, all sales have similar overall market appeal and considered the best available. Due to a lack of sales found with similar features and amenities older sale dates were necessary than considered ideal with no noticeable change in the market within that time frame. Comparable #1 is located on the same street within 1 block of the subject. An adjustment of $12 per sf was applied for GLA differences and a room count ad. of $5,000 per full bath is applied, no adj. applied for additional bedrooms more than 5 considered to be an over-improvement in the market. Adjusted Sales Values ranged from: $107,390 to $121,188 All sales were taken into consideration with themost weight given to comparable #1 for an Indicated Value of: $112,000

GP RESTRICTED

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTD2 LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
12/2013

# RESTRICTED APPRAISAL REPORT

#18149
File No.: #18149

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): County Records, Client/Owner

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: |
|---|---|
| Date: NO TRANSFERS | |
| Price: NOTED WITHIN 3 YEARS | |
| Source(s): COUNTY RECORDS | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## MARKET / SITE / IMPROVEMENTS

Subject Market Area and Marketability: The subject is located on Cumberland St(aka Rt 422W) situated among similar style buildings with an average market appeal expected. Satabilized property values are found in the marketing area.

Site Area: 5,148 sf   Site View: Neutral/Urban   Topography: Level   Drainage: Adequate
Zoning Classification: CBD   Description: Central Business Deistrict
Zoning Compliance: ☒ Legal   ☐ Legal nonconforming (grandfathered)   ☐ Illegal   ☐ No zoning
Highest & Best Use: ☒ Present use, or   ☐ Other use (explain)
Actual Use as of Effective Date: Residential w/ In Home Office   Use as appraised in this report: Same
Opinion of Highest & Best Use: Present Use
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X500   FEMA Map # 42075C0258D   FEMA Map Date 6/5/2012
Site Comments: Site has typical characteristics for the area.

Improvements Comments: The subject is in a fair to average overall condition, there is evidence of the roof leaking and may be nearing the end of its useful life. The detached garage has evidence of a roof leak and may be nearing the end of its useful life. The kitchen and baths are dated and could use updating. Small portion of the subject has an owner occupied business office but could be residential room use.

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 112,000
Indicated Value by: Cost Approach (if developed) $ N/A   Indicated Value by: Income Approach (if developed) $ N/A
Final Reconciliation: The sales comparison approach is considered to be the most reliable approach to value for the subject and the only approach demonstrated. The cost & income approaches were not demonstrated.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 112,000 , as of: 04/09/2018 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains 22 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work   ☒ Limiting Cond./Certifications   ☐ Narrative Addendum   ☒ Photograph Addenda   ☒ Sketch Addendum
☒ Map Addenda   ☐ Additional Sales   ☐ Cost Addendum   ☐ Flood Addendum   ☐ Manuf. House Addendum
☐ Hypothetical Conditions   ☐ Extraordinary Assumptions   ☐ Extraordinary Assumptions

Client Contact:   Client Name: Barry E & Particia Rothermel
E-Mail:   Address: 520 Cumberland St, Lebnanon, PA 17042

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *signature: B Weaver* | |
| Appraiser Name: Benjamin B. Weaver | Supervisory or Co-Appraiser Name: |
| Company: Benjamin B. Weaver, General Appraiser | Company: |
| Phone: (717) 304-7972   Fax: | Phone:   Fax: |
| E-Mail: benweaver1@comcast.net | E-Mail: |
| Date of Report (Signature): 04/13/2018 | Date of Report (Signature): |
| License or Certification #: GA003765   State: PA | License or Certification #:   State: |
| Designation: Certified General Appraiser | Designation: |
| Expiration Date of License or Certification: 06/30/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 04/09/2018 | Date of Inspection: |

**GP RESTRICTED**

Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTD2 LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   12/2013

# Assumptions & Limiting Conditions

#18149
File No.: #18149

| Property Address: | 520 Cumberland St | City: Lebanon | State: PA | Zip Code: 17042 |
|---|---|---|---|---|
| Client: | Barry E & Particia Rothermel | Address: 520 Cumberland St, Lebnanon, PA 17042 | | |
| Appraiser: | Benjamin B. Weaver | Address: 913 Chestnut St, Lebanon, PA 17042-5128 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.


Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTD2AD_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
12/2013

# Definitions & Scope of Work

#18149
File No.: #18149

| Property Address: | 520 Cumberland St | City: Lebanon | State: PA | Zip Code: 17042 |
|---|---|---|---|---|
| Client: | Barry E & Particia Rothermel | Address: 520 Cumberland St, Lebnanon, PA 17042 | | |
| Appraiser: | Benjamin B. Weaver | Address: 913 Chestnut St, Lebanon, PA 17042-5128 | | |

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Under USPAP Standards Rule 2-2(b), this is a Restricted Appraisal Report, and is intended only for the sole use of the named client. There are no other intended users. The client must clearly understand that the appraiser's opinions and conclusions may not be understood properly without additional information in the appraiser's work file.

In developing this appraisal, the appraiser has incorporated only the Sales Comparison Approach. The appraiser has excluded the Cost and Income Approaches to Value, due to being inapplicable given the limited scope of the appraisal. The appraiser has determined that this appraisal process is not so limited that the results of the assignment are no longer credible, and the client agrees that the limited scope of analysis is appropriate given the intended use.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):



Copyright© 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTD2AD_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
12/2013

# Certifications

| | |
|---|---|
| Property Address: | 520 Cumberland St    City: Lebanon    State: PA    Zip Code: 17042 |
| Client: | Barry E & Particia Rothermel    Address: 520 Cumberland St, Lebnanon, PA 17042 |
| Appraiser: | Benjamin B. Weaver    Address: 913 Chestnut St, Lebanon, PA 17042-5128 |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

---

Client Contact:    Client Name: Barry E & Particia Rothermel
E-Mail:    Address: 520 Cumberland St, Lebnanon, PA 17042

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *(signed)* Benj B Weave | |
| Appraiser Name: Benjamin B. Weaver | Supervisory or Co-Appraiser Name: |
| Company: Benjamin B. Weaver, General Appraiser | Company: |
| Phone: (717) 304-7972    Fax: | Phone:    Fax: |
| E-Mail: benweaver1@comcast.net | E-Mail: |
| Date Report Signed: 04/13/2018 | Date Report Signed: |
| License or Certification #: GA003765    State: PA | License or Certification #:    State: |
| Designation: Certified General Appraiser | Designation: |
| Expiration Date of License or Certification: 06/30/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 04/09/2018 | Date of Inspection: |

GP RESTRICTED    Copyright © 2013 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRTD2AD_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    12/2013

| Owner | Barry E & Particia Rothermel | | File No. #18149 |
|---|---|---|---|
| Property Address | 520 Cumberland St | | |
| City | Lebanon | County Lebanon | State PA  Zip Code 17042 |
| Client | Barry E & Particia Rothermel | | |

# APPRAISAL AND REPORT IDENTIFICATION

This Report is <u>one</u> of the following types:

☐ Appraisal Report  (A written report prepared under Standards Rule  2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☒ Restricted Appraisal Report  (A written report prepared under Standards Rule  2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time
(USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)
My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:  60-180 days

## Comments on Appraisal and Report Identification
Note any USPAP related issues requiring disclosure and any State mandated requirements:
NOTE: The Appraiser has no present or contemplated future interest in the property appraised; and neither the employment to make the appraisal, nor the compensation for it, is contingent upon the appraised value of the property. The Appraiser has no personal interest in or bias with respect to the subject matter of the appraisal report or the participants and is not an advocate for the client.

**APPRAISER:**

Signature: *[signed] B Weaver*
Name: Benjamin B. Weaver
     Certified General Appraiser
State Certification #: GA003765
or State License #:
State: PA   Expiration Date of Certification or License: 06/30/2019
Date of Signature and Report: 04/13/2018
Effective Date of Appraisal: 04/09/2018
Inspection of Subject: ☐ None ☒ Interior and Exterior ☐ Exterior-Only
Date of Inspection (if applicable): 04/09/2018

**SUPERVISORY or CO-APPRAISER (if applicable):**

Signature:
Name:

State Certification #:
or State License #:
State:   Expiration Date of Certification or License:
Date of Signature:

Inspection of Subject: ☐ None ☐ Interior and Exterior ☐ Exterior-Only
Date of Inspection (if applicable):

## Building Sketch

| Owner | Barry E & Particia Rothermel |
|---|---|
| Property Address | 520 Cumberland St |
| City | Lebanon    County Lebanon    State PA    Zip Code 17042 |
| Client | Barry E & Particia Rothermel |



Area Calculations Summary

**Living Area**
First Floor — 1612 Sq ft
Second Floor — 1633 Sq ft
**Total Living Area (Rounded): 3245 Sq ft**
**Non-living Area**
Basement — 1612 Sq ft

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Comparable Photo Page

| Owner | Barry E & Particia Rothermel | | | | |
|---|---|---|---|---|---|
| Property Address | 520 Cumberland St | | | | |
| City | Lebanon | County Lebanon | State PA | Zip Code | 17042 |
| Client | Barry E & Particia Rothermel | | | | |



### Comparable 1
418 Cumberland St
| | |
|---|---|
| Prox. to Subject | 0.09 miles E |
| Sale Price | 129,900 |
| Gross Living Area | 3,676 |
| Total Rooms | 12 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2f 2p |
| Location | Equal |
| View | Equal |
| Site | 6,534 sf |
| Quality | Average |
| Age | ~94 |



### Comparable 2
826 Walnut St
| | |
|---|---|
| Prox. to Subject | 0.33 miles SW |
| Sale Price | 130,000 |
| Gross Living Area | 3,121 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3f 0p |
| Location | Equal |
| View | Equal |
| Site | 3,168 sf |
| Quality | Average |
| Age | ~103 |



### Comparable 3
7 Maple St
| | |
|---|---|
| Prox. to Subject | 0.86 miles NE |
| Sale Price | 137,000 |
| Gross Living Area | 4,148 |
| Total Rooms | 12 |
| Total Bedrooms | 6 |
| Total Bathrooms | 2f 2p |
| Location | Equal |
| View | Equal |
| Site | 13,752 sf |
| Quality | Average |
| Age | ~111 |

## Photograph Addendum

| Owner | Barry E & Particia Rothermel | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 520 Cumberland St | | | | | | |
| City | Lebanon | | County | Lebanon | State PA | Zip Code | 17042 |
| Client | Barry E & Particia Rothermel | | | | | | |



Front View



Front Right Side View



Rear Right Side View



Rear View



Detached Garage



Street Scene

Form PIC6 LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Photograph Addendum

| Owner | Barry E & Particia Rothermel | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 520 Cumberland St | | | | | |
| City | Lebanon | County | Lebanon | State PA | Zip Code | 17042 |
| Client | Barry E & Particia Rothermel | | | | | |


**Kitchen**


**Dining**


**Living Room**


**Laundry Room**


**Parlor**


**Office Room**


**Office Room**


**1/2 Bath**


**Bedroom**


**Bedroom**


**Full Bath - Pic. 1**


**Full Bath - Pic. 2**

Form PIC12_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Photograph Addendum

| | |
|---|---|
| Owner | Barry E & Particia Rothermel |
| Property Address | 520 Cumberland St |
| City | Lebanon |
| County | Lebanon |
| State | PA |
| Zip Code | 17042 |
| Client | Barry E & Particia Rothermel |


**Bedroom**


**Bedroom**


**Bedroom**


**Walk-in Closet**


**Attic**


**Basement**


**Part Finished Area**


**Mechanical**


**Mechanical**


**Mechanical**


**Evidence of Roof Leak**


**Evidence of Roof Leak**

Form PIC12_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Comparable Sales Map

| Owner | Barry E & Particia Rothermel | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 520 Cumberland St | | | | | | |
| City | Lebanon | County | Lebanon | State | PA | Zip Code | 17042 |
| Client | Barry E & Particia Rothermel | | | | | | |



Form MAP_LT.LOC — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

PA. DEED—WARRANTY.—10

RECORDED
J. HAYDEN KURTZ
RECORDER, LEBANON COUNTY

'68 NOV 21 PM 4 58

# This Indenture,

Made the FOURTH ------ day of NOVEMBER ------
Nineteen hundred and SIXTY-EIGHT (1968)

**Between** MIGNONNE T. RUTHERFORD, widow, of the City of Sun City, in the County of Maricopa and State of Arizona, hereinafter called Grantor, party of the first part

A
N
D

BARRY E. ROTHERMEL and PATRICIA ROTHERMEL, his wife, of the City of Lebanon, in the County of Lebanon and State of Pennsylvania, hereinafter called Grantee, parties of the second part, **Witnesseth** that the said part y-- of the first part, for and in consideration of the sum of NINETEEN THOUSAND DOLLARS ($19,000.00) ------------------------------
------------- lawful money of the United States of America, unto her --- well and truly paid by the said part ies-- of the second part, at or before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has ------ granted, bargained, sold, aliened, enfeoffed, released, conveyed and confirmed, and by these presents does--- grant, bargain, sell, alien, enfeoff, release, convey and confirm, unto the said part ies of the second part their -------------------------------------------- heirs and assigns forever, as tenants by the entireties

ALL THAT CERTAIN messuage, tenement, house and lot of ground situated in the City of Lebanon, in the County of Lebanon and State of Pennsylvania, bounded and described as follows, to wit:-

BEGINNING at the southeast corner of Cumberland Street and South Quince Street (referred to in prior deeds as Quince Alley); thence along the east side of said South Quince Street, south five (5) degrees east, a distance of one hundred ninety-eight (198) feet to the north side of Walton Street; thence along the north side of said Walton Street, north eighty-five (85) degrees east, a distance of twenty-six (26) feet to a post; thence along lot late of Charles DeHuff, now of Catherine DeHuff et al, north five (5) degrees west, a distance of one hundred ninety-eight (198) feet to the south side of Cumberland Street; thence along the south side of said Cumberland Street, south eighty-five (85) degrees west, a distance of twenty-six (26) feet to the place

BOOK 70 PAGE 971

DISPLAY THIS CERTIFICATE PROMINENTLY • NOTIFY AGENCY WITHIN 10 DAYS OF ANY CHANGE

**Commonwealth of Pennsylvania**
**Department of State**
**Bureau of Professional and Occupational Affairs**
PO Box 2649 Harrisburg PA 17105-2649

18 0015032

**Certificate Type**
Certified General Appraiser

**Certificate Status**
Active

**Initial Certification Date**
04/03/2009

BENJAMIN BRADLEY WEAVER
214 W Bahney Ave
Myerstown PA 17067

**Certificate Number**
GA003765

**Expiration Date**
06/30/2019

_____
Commissioner of Professional and Occupational Affairs

_____
Signature

ALTERATION OF THIS DOCUMENT IS A CRIMINAL OFFENSE UNDER 18 PA.C.S § 4911