```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 18-01415-HWV
Barry E. Rothermel                                              Chapter 13
Patricia Rothermel
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: REshelman            Page 1 of 2           Date Rcvd: Jul 17, 2018
                               Form ID: ntcnfhrg          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
```
db/jdb         +Barry E. Rothermel,    Patricia Rothermel,    520 Cumberland Street,    Lebanon, PA 17042-5340
5045122        +Chase Mortgage,    Attn: Case Research & Bankruptcy,    Po Box 24696,    Columbus, OH 43224-0696
5072319        +Federal National Mortgage Association,    1835 Market Street, Suite 2300,
                Philadelphia, PA 19103-2909
5072320        +Jordan Cupelli-Knight,    108 Maple Street,    Lebanon, PA 17046-3036
5045123        +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5072321        +Keystone Collection Group,    PO Box 499,    Irwin, PA 15642-0499
5045118         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                Harrisburg, PA 17128-0431
5072324        +Ratchford Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5045119        +E-mail/Text: bknotices@conduent.com Jul 17 2018 19:30:38     Acs/us Bank,    501 Bleecker St,
                Utica, NY 13501-2401
5069174        +E-mail/Text: bnc@atlasacq.com Jul 17 2018 19:29:45      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
5045121         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 19:36:25      Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
5045120        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 19:36:04      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5068251         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 19:36:25
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5074167         E-mail/Text: jennifer.chacon@spservicing.com Jul 17 2018 19:30:38
                Deutsche Bank National Trust Company, as Trustee,     c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,    Salt Lake City, UT 84165-0250
5045117         E-mail/Text: cio.bncmail@irs.gov Jul 17 2018 19:29:54      Internal Revenue Service,    POB 7346,
                Philadelphia, PA 19101-7346
5072322        +E-mail/Text: Diane@mvrlaw.com Jul 17 2018 19:29:45      Martha E. Von Rosenstiel, PC,
                649 South Avenue, Suite 7,    Clifton Heights, PA 19018-3541
5069512        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2018 19:30:14      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
5062430         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 19:36:06
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5045718        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 19:36:28
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5072850        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2018 19:30:12
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
5072323        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2018 19:30:12
                Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
5045124        +E-mail/Text: jennifer.chacon@spservicing.com Jul 17 2018 19:30:38
                Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5073715*       +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:

```
          Atlas Acquisitions LLC    bk@atlasacq.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Gary J Imblum    on behalf of Plaintiff Barry E. Rothermel gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Gary J Imblum    on behalf of Debtor 1 Barry E. Rothermel gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Gary J Imblum    on behalf of Debtor 2 Patricia  Rothermel gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Gary J Imblum    on behalf of Plaintiff Patricia  Rothermel gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          James  Warmbrodt     on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL.
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Barry E. Rothermel,

    **Debtor 1**

Patricia Rothermel,

    **Debtor 2**

Chapter 13

Case No. 1:18–bk–01415–HWV

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**August 15, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 22, 2018<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 17, 2018 |

ntcnfhrg (03/18)