```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                     Case No. 18-01415-HWV
Barry E. Rothermel                                                         Chapter 13
Patricia Rothermel
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman             Page 1 of 2              Date Rcvd: Jul 17, 2018
                              Form ID: pdf002             Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
```
db/jdb         +Barry E. Rothermel,    Patricia Rothermel,    520 Cumberland Street,    Lebanon, PA 17042-5340
5045122        +Chase Mortgage,    Attn: Case Research & Bankruptcy,    Po Box 24696,    Columbus, OH 43224-0696
5072319        +Federal National Mortgage Association,    1835 Market Street, Suite 2300,
                 Philadelphia, PA 19103-2909
5072320        +Jordan Cupelli-Knight,    108 Maple Street,    Lebanon, PA 17046-3036
5045123        +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5072321        +Keystone Collection Group,    PO Box 499,    Irwin, PA 15642-0499
5045118         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
5072324        +Ratchford Law Group,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5045119        +E-mail/Text: bknotices@conduent.com Jul 17 2018 19:30:38      Acs/us Bank,    501 Bleecker St,
                 Utica, NY 13501-2401
5069174        +E-mail/Text: bnc@atlasacq.com Jul 17 2018 19:29:45      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
5045121         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 19:36:04      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
5045120        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 19:35:45      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5068251         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 19:36:26
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5074167         E-mail/Text: jennifer.chacon@spservicing.com Jul 17 2018 19:30:38
                 Deutsche Bank National Trust Company, as Trustee,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
5045117         E-mail/Text: cio.bncmail@irs.gov Jul 17 2018 19:29:54      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
5072322        +E-mail/Text: Diane@mvrlaw.com Jul 17 2018 19:29:45      Martha E. Von Rosenstiel, PC,
                 649 South Avenue, Suite 7,    Clifton Heights, PA 19018-3541
5069512        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2018 19:30:14      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5062430         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 19:36:07
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5045718        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 19:36:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5072850        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2018 19:30:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5072323        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2018 19:30:13
                 Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
5045124        +E-mail/Text: jennifer.chacon@spservicing.com Jul 17 2018 19:30:38
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5073715*       +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                  Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:

            Atlas Acquisitions LLC    bk@atlasacq.com
            Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
            Gary J Imblum    on behalf of Plaintiff Barry E. Rothermel gary.imblum@imblumlaw.com,
            gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
            Gary J Imblum    on behalf of Debtor 1 Barry E. Rothermel gary.imblum@imblumlaw.com,
            gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
            Gary J Imblum    on behalf of Debtor 2 Patricia  Rothermel gary.imblum@imblumlaw.com,
            gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
            Gary J Imblum    on behalf of Plaintiff Patricia  Rothermel gary.imblum@imblumlaw.com,
            gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
            James Warmbrodt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL.
            bkgroup@kmllawgroup.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Barry E. Rothermel
Patricia Rothermel

CHAPTER 13
CASE NO. 1:18-bk-01415

☑ ORIGINAL PLAN
☐ AMENDED AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)
☐ Number of Motions to Avoid Liens
☑ Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

1. The plan contains nonstandard provisions, set out in § 10, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania.  ☑ Included  ☐ Not Included

2. The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor.  ☑ Included  ☐ Not Included

3. The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G.  ☐ Included  ☑ Not Included

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN**

    A. <u>Plan Payments From Future Income</u>

    1. To date, the Debtor paid $ __0.00__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $46,750.00, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | | Total Payment |
|---|---|---|---|---|---|
| 07/18 | 01/23 | 850.00 | 0.00 | 850.00 | 46,750.00 |
| 02/23 | 06/23 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $46,750.00 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

    4. CHECK ONE: ☑ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1:18-bk-01415-HWV    Doc 30    Filed 06/12/18    Entered 06/12/18 16:28:19    Desc
Main Document    Page 1 of 6
Case 1:18-bk-01415-HWV    Doc 38    Filed 07/19/18    Entered 07/20/18 01:16:09    Desc
Imaged Certificate of Notice    Page 3 of 8

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $3,361.50. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

☑ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Select Portfolio Servicing, Inc | 520 Cumberland Street Lebanon, PA 17042 Lebanon County | 5214 |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Select Portfolio Servicing, Inc | 520 Cumberland Street Lebanon, PA 17042 Lebanon County | $27,334.00 | $0.00 | $27,334.00 |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
☑ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 1:18-bk-01415-HWV    Doc 30    Filed 06/12/18    Entered 06/12/18 16:28:19    Desc
Main Document    Page 2 of 6
Case 1:18-bk-01415-HWV    Doc 38    Filed 07/19/18    Entered 07/20/18 01:16:09    Desc
Imaged Certificate of Notice    Page 4 of 8

E. <u>Secured claims for which a § 506 valuation is applicable.</u> *Check one.*

☐ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

☑ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until entry of discharge. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Modified Principal Balance | Interest Rate | Total Payment | Plan or Adversary Action |
|---|---|---|---|---|---|
| Chase Mortgage | 520 Cumberland Street Lebanon, PA 17042 Lebanon County Value per market analysis - see attached | NO VALUE | 0% | $0.00 | Adversary |
| Pennsylvania Department of Revenue | All unencumbered assets <<<Disputed - lien released per credit report>>> | | | | |

F. <u>Surrender of Collateral.</u> *Check one.*
☑ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. <u>Lien Avoidance.</u> *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*
☑ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

   A. <u>Administrative Claims</u>

   1. <u>Trustee's Fees.</u> Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney's fees.</u> Complete only one of the following options:
   ☐ In addition to the retainer of $_____ already paid by the Debtor, the amount of $_____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or.

   ☑ $<u>see 10 below</u> per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
   *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   B. **<u>Priority Claims (including, but not limited to, Domestic Support Obligations other than those treated in § 3.C below).</u>** *Check one of the following two lines.*

   ☐ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

   ☑ Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 10.

3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Service (2014) | $1,980.54 |
| Internal Revenue Service (2015) | $1,461.13 |
| Internal Revenue Service (2016 & 2017) | ($2,796.96 for 2016) + unknown for 2017 |
| Pennsylvania Department of Revenue | $422.00 |
| Keystone Collections | $318.00 |

    C. *Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B). Check one of the following two lines.*

    ☑ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4.   UNSECURED CLAIMS

    A. <u>Claims of Unsecured Nonpriority Creditors Specially Classified.</u>
       *Check one of the following two lines.*

    ☑ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    B.  Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.

5.   EXECUTORY CONTRACTS AND UNEXPIRED LEASES. *Check one of the following two lines.*

    ☑ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6.   VESTING OF PROPERTY OF THE ESTATE.

    **Property of the estate will vest in the Debtor upon**

    *Check the applicable line:*
    ☐ plan confirmation.
    ☐ entry of discharge.
    ☑ closing of case:

7.   DISCHARGE: (Check one)

    ☑ The debtor will seek a discharge pursuant to § 1328(a).

    ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8.   STUDENT LOANS.

    The Debtor does not seek to discharge any student loans, with the exception of the following: ____

9.   ORDER OF DISTRIBUTION:

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 1:18-bk-01415-HWV    Doc 30    Filed 06/12/18    Entered 06/12/18 16:28:19    Desc
Main Document     Page 4 of 6
Case 1:18-bk-01415-HWV    Doc 38    Filed 07/19/18    Entered 07/20/18 01:16:09    Desc
Imaged Certificate of Notice     Page 6 of 8

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

| Level | |
|---|---|
| Level 1: | Adequate protection payments. |
| Level 2: | Debtor's attorney's fees. |
| Level 3: | Domestic Support Obligations. |
| Level 4: | Priority claims, pro rata. |
| Level 5: | Secured claims, pro rata. |
| Level 6: | Specially classified unsecured claims. |
| Level 7: | Timely general unsecured claims. |
| Level 8: | Untimely filed general unsecured claims to which the Debtor has not objected. |

10. **NONSTANDARD PLAN PROVISIONS**

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)

1A. If one of the debtors is not employed at the time of the filing of the plan, but has the ability to work, Debtors will notify counsel when he (or she) returns to work, and any necessary adjustments to the plan will be made at that time.

2(C). Debtor waives the right to object to these claims after the Plan is confirmed.

2(E). Amounts stated are estimated. If an objection is filed to a Proof of Claim, payment of the amount determined by the Court or as stipulated to by the parties.

2F. The collateral being surrendered is being surrendered in full satisfaction of debt.

3B. IRS and PA Department of Revenue - The priority and/or secured portion of a timely filed allowed Proof of Claim relating to tax claims referenced shall be paid in full through the Plan. If an objection is filed to any such claim, the amount of the unsecured priority and secured claim determined by the Court or through agreement of the parties shall be paid in full through the Plan.

Debtor may in the future provide for payment of post petition federal, state and/or local tax claims to the detriment of non priority unsecured claims.

3A(2). Attorney fees. Debtor's counsel will bill attorney's time at $295.00 per hour associates time at $235.00 per hour and paralegal time at $135.00 per hour. Said hourly fees are subject to change upon reasonable notice to Debtor(s). Debtor's counsel will submit a Fee Application to the Court for approval of fees. Only those fees and costs approved by the Court shall be paid by the Trustee to counsel.

In addition to fees, Debtors will be responsible for expenses, including photo copying, travel (where applicable), postage, court costs, filing fees, and similar expenses which are incurred by counsel in the course of performing services to the Debtors.

5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1:18-bk-01415-HWV    Doc 30    Filed 06/12/18    Entered 06/12/18 16:28:19    Desc
Main Document    Page 5 of 6
Case 1:18-bk-01415-HWV    Doc 38    Filed 07/19/18    Entered 07/20/18 01:16:09    Desc
Imaged Certificate of Notice    Page 7 of 8

Dated: _____  _____
　　　　　　　　　　　　　　　　　　Gary J. Imblum 42606
　　　　　　　　　　　　　　　　　　Attorney for Debtor

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Barry E. Rothermel
　　　　　　　　　　　　　　　　　　Debtor

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Patricia Rothermel
　　　　　　　　　　　　　　　　　　Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 10.

6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

Case 1:18-bk-01415-HWV    Doc 30    Filed 06/12/18    Entered 06/12/18 16:28:19    Desc
　　　　　　　　　　　　　　Main Document    Page 6 of 6
Case 1:18-bk-01415-HWV    Doc 38    Filed 07/19/18    Entered 07/20/18 01:16:09    Desc
　　　　　　　　　　　Imaged Certificate of Notice    Page 8 of 8