Certificate Number: 05781-PAM-DE-031441238

Bankruptcy Case Number: 18-01415


05781-PAM-DE-031441238

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2018, at 6:47 o'clock PM PDT, Barry Rothermel completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  August 7, 2018  By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President