# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

August 22, 2018

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Barry & Patricia Rothermel
Chapter 13 Bankruptcy Case No. 1-18-01415

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

FEDERAL NATIONAL MORTGAGE ASSOCIATION
1700 MARKET STREET STE 3100
PHILADELPHIA PA 19103-3901

The Creditor's <u>previous</u> address was as follows:

FEDERAL NATIONAL MORTGAGE ASSOCIATION
1835 MARKET STREET SUITE 2300
PHILADELPHIA PA 19103-2909

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm