Rev. 12/01/17

<u>LOCAL BANKRUPTCY FORM 2016-2(c)</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Barry E. Rothermel : CHAPTER 13
d/b/a Lebanon Chiropractic Office :
Patricia Rothermel : CASE NO. 1 - 18 -bk- 01415
:
:
Debtor(s) :

<u>REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES</u>

<u>Instructions:</u> Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
|---|---|
| 1. Amount agreed to by debtor | $ |
| 2. Less amount paid to attorney outside of plan distributions | $ |
| 3. Balance of compensation to be paid through plan distributions | $ 0.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
|---|---|
| 1. Compensation and expenses to be approved by the Court | $ 6,492.41 |
| 2. Less amounts paid to attorney outside of plan distributions | $ 1,995.00 |
| 3. Balance of compensation and expenses to be paid through plan distributions | $ 4,497.41 |

| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 4,497.41 |
|---|---|

Dated:_____      _____
                                Attorney for Debtor

For fees and costs through September 19, 2018. A fee application will be filed in the near future.