IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| BARRY E. ROTHERMEL : | CASE NO. 1-18-01415-HWV |
| dba LEBANON CHIROPRACTIC OFFICE : | |
| PATRICIA ROTHERMEL : | CHAPTER 13 |
| Debtors : | |
| : | |
| DEUTSCHE BANK NATIONAL TRUST : | |
| COMPANY, as Trustee, on behalf of the : | |
| holders of the J.P. Morgan Mortgage Acquisition: | |
| Trust 2007-CH5 Asset Backed Pass-Through : | |
| Certificates, Series 2007-CH5 : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| BARRY E. ROTHERMEL : | |
| dba LEBANON CHIROPRACTIC OFFICE : | |
| PATRICIA ROTHERMEL : | |
| Respondents : | |

## DEBTORS' RESPONSE TO MOTION OF
## DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee,
## on behalf of the holders of the J.P. Morgan Mortgage Acquisition
## Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come Debtors, Barry E. Rothermel and Patricia Rothermel, by and through their attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part and denied in part. The Mortgage speaks for itself. Strict proof is demanded that Movant is the holder of the mortgage.

5. Denied. Debtors have no knowledge. Strict proof is demanded.

6. Admitted.

7. Admitted. Debtors offer to pay arrears through an Amended Plan.

8. Admitted in part and denied in part. See response to paragraph 7.

9. Denied. Debtors have not knowledge. Strict proof is demanded.

10. Denied. No Attorney's fees or costs are owed. See 11 U.S.C. § 506(b).

**WHEREFORE**, Debtors respectfully request that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 11/5/18

# CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF **DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5** FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

CHARLES J DEHART III ESQUIRE  
CHAPTER 13 TRUSTEE  
VIA E-SERVICE

dehartstaff@pamd13trustee.com

JAMES C. WARMBRODT, ESQUIRE  
KML LAW GROUP, P.C.  
COUNSEL FOR MOVANT  
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

*Carol V. Shay*  
Carol V. Shay, Paralegal  
4615 Derry Street  
Harrisburg, PA 17111  
(717) 238-5250  
Fax No. (717) 558-8990  
gary.imblum@imblumlaw.com  
For Debtors

DATED: 11/5/18