**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

May 14, 2019

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Barry & Patricia Rothermel
Chapter 13 Bankruptcy Case No. 1-18-01415

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

> JORDAN CUPELLI KNIGHT
> 120 TIVERTON CT
> LEBANON PA 17042

The Creditor's <u>previous</u> address was as follows:

> JORDAN CUPELLI KNIGHT
> 108 MAPLE STREET
> LEBANON PA 17046

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm