IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
BARRY E. ROTHERMEL : CASE NO. 1-18-01415-HWV
dba LEBANON CHIROPRACTIC OFFICE :
PATRICIA ROTHERMEL :
        Debtors : CHAPTER 13

### DEBTORS' CONSENT TO THIRD APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

    I, Barry E. Rothermel, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Third Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

                                              /s/ Barry E. Rothermel
                                              Barry E. Rothermel

    I, Patricia Rothermel, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Third Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

                                              /s/ Patricia Rothermel
                                              Patricia Rothermel

DATE:_____