# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

September 1, 2020

**Via ECF Only**

TO:    US BANKRUPTCY COURT - CLERK

RE:    Barry & Patricia Rothermel
        Chapter 13 Bankruptcy Case No.  1-18-01415

Dear Clerk:

Please be advised that the address for the following Creditor has changed.  The <u>new</u> address is:

ATLAS ACQUISITIONS LLC
210 RIVER STREET STE 23
HACKENSACK NJ 07601-7504

The Creditor's <u>previous</u> address was as follows:

ATLAS ACQUISITIONS LLC
294 UNION STREET
HACKENSACK NJ 07601-4303

Very truly yours,

IMBLUM LAW OFFICES,  P.C.

Gary J. Imblum

GJI/srm

Doc ID: 36673fa1b8d3d5d60aaf06ccb0783d604a6e6cee