IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| BARRY E. ROTHERMEL | : | CASE NO. 1-18-01415-HWV |
| dba LEBANON CHIROPRACTIC OFFICE | : | |
| PATRICIA ROTHERMEL | : | |
| Debtors | : | CHAPTER 13 |

## DEBTORS' CONSENT TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Barry E. Rothermel, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Fifth Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
Barry E. Rothermel

I, Patricia Rothermel, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Fifth Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
POA for Patricia Rothermel

DATE:_____