IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
BARRY E. ROTHERMEL : CASE NO. 1:18-bk-01415-HWV
dba LEBANON CHIROPRACTIC OFFICE :
PATRICIA ROTHERMEL, :
Debtors : CHAPTER 13

### AMENDMENT TO SCHEDULE C

Please add the following exemption on Schedule C:

| Description of Property | Law Providing Exemption | Value of Claimed Exemption | Current Value of Property |
|---|---|---|---|
| 520 Cumberland Street Lebanon, PA 17042 | 11 USC 522(d)(5) | $20,162.50 | $112,000.00 |

Dated: 02 / 05 / 2024

*Beth Ann Hamdan*
Barry Rothermel (deceased)
By Beth Ann Hamdan

*Beth Ann Hamdan POA*
Patricia Rothermel
By Beth Ann Hamdan, POA

Doc ID: 348e14a88b9df43948a0dbc505cdd72190076131

## CERTIFICATE OF SERVICE

I, Carol V. Shay, Paralegal, hereby certify that I have served a copy of the AMENDMENT TO SCHEDULE C on the following person(s) by E-Service addressed to:

JACK ZAHAROPOULOS, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
VIA E-SERVICE

IMBLUM LAW OFFICES, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg PA 17111
717 238-5250
Fax No. 717 558-8990
Gary.imblum@imblumlaw.com
For Debtors

Dated: 2/5/24