United States Bankruptcy Court

Middle District of Pennsylvania

In re:                          Case No. 18-01415-HWV

Barry E. Rothermel             Chapter 13

Patricia Rothermel

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: AutoDocke            Page 1 of 2

Date Rcvd: Feb 07, 2024           Form ID: pdf010           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

**Recip ID        Recipient Name and Address**
               +   Abigail Weirback, Howard Hanna Krall Real Estate, 1640 Cornwall Road, Lebanon, PA 17042-7405

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

**Name                  Email Address**

Atlas Acquisitions LLC
           bk@atlasacq.com

Gary J Imblum
           on behalf of Plaintiff Barry E. Rothermel gary.imblum@imblumlaw.com
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
           on behalf of Debtor 1 Barry E. Rothermel gary.imblum@imblumlaw.com
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
           on behalf of Debtor 2 Patricia Rothermel gary.imblum@imblumlaw.com
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info

| | |
|---|---|
| | ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | |
| | on behalf of Plaintiff Patricia Rothermel gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL. bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
BARRY E. ROTHERMEL : CASE NO. 1:18-bk-01415-HWV
dba LEBANON CHIROPRACTIC OFFICE :
PATRICIA ROTHERMEL :
      Debtors : CHAPTER 13

### ORDER

UPON CONSIDERATION of Debtors' Motion to Appoint Real Estate Agent;

It is hereby ordered and decreed that the Debtors may employ Abigail Weirback of Howard Hanna Krall Real Estate to market the real estate located at 520 Cumberland Street, City of Lebanon, Lebanon County, Pennsylvania for a fee of Six (6%) percent of the gross purchase price and $300.00.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 7, 2024

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. In re Engel, 124 F.3d 567 (3rd Cir. 1997).