In re:  Case No. 18-01415-HWV
Barry E. Rothermel  Chapter 13
Patricia Rothermel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: May 29, 2024     Form ID: 3180W     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry E. Rothermel, Patricia Rothermel, 520 Cumberland Street, Lebanon, PA 17042-5340 |
| 5045119 | + | Acs/us Bank, 501 Bleecker St, Utica, NY 13501-2401 |
| 5072319 | | FEDERAL NATIONAL MORTGAGE ASSOCIATION, 1700 MARKET STREET STE 3100, PHILADELPHIA, PA 19103-3901 |
| 5072320 | + | JORDAN CUPELLI KNIGHT, 120 TIVERTON CT, LEBANON, PA 17042-4160 |
| 5442579 | + | Lebanon County Tax Claim Bureau, 400 S. 8th Street, Room 103 Municipal Building, Lebanon, PA 17042-6794 |
| 5072322 | + | Martha E. Von Rosenstiel, PC, 649 South Avenue, Suite 7, Clifton Heights, PA 19018-3541 |
| 5045118 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 5072324 | + | Ratchford Law Group, 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2087 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: ATLASACQU | May 29 2024 22:35:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5069174 | | EDI: ATLASACQU | May 29 2024 22:35:00 | ATLAS ACQUISITIONS LLC, 210 RIVER STREET STE 23, HACKENSACK, NJ 07601-7504 |
| 5045121 | | EDI: CAPITALONE.COM | May 29 2024 22:35:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 5045120 | + | EDI: CAPITALONE.COM | May 29 2024 22:35:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5068251 | | EDI: CAPITALONE.COM | May 29 2024 22:35:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5074167 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 29 2024 18:38:00 | Deutsche Bank National Trust Company, as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5045117 | | EDI: IRS.COM | May 29 2024 22:35:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5045122 | | EDI: JPMORGANCHASE | May 29 2024 22:35:00 | Chase Mortgage, Attn: Case Research & Bankruptcy, Po Box 24696, Columbus, OH 43224 |
| 5045123 | ^ | MEBN | May 29 2024 18:34:45 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5072321 | + | Email/Text: Bankruptcy@keystonecollects.com | May 29 2024 18:38:00 | Keystone Collection Group, PO Box 499, Irwin, PA 15642-0499 |
| 5094003 | + | Email/Text: Bankruptcy@keystonecollects.com | May 29 2024 18:38:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

| Recip ID | | Method | Date | Name and Address |
|---|---|---|---|---|
| 5069512 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2024 18:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5062430 | | EDI: PRA.COM | May 29 2024 22:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5045718 | + | EDI: PRA.COM | May 29 2024 22:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5072323 | + | EDI: PENNDEPTREV | May 29 2024 22:35:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5072323 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 18:38:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5072850 | + | EDI: PENNDEPTREV | May 29 2024 22:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5072850 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5045124 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 29 2024 18:38:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5073715 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, ATLAS ACQUISITIONS LLC, 210 RIVER STREET STE 23, HACKENSACK, NJ 07601-7504 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Gary J Imblum | on behalf of Plaintiff Barry E. Rothermel gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | |

| | |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Barry E. Rothermel gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Patricia Rothermel gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Plaintiff Patricia Rothermel gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Barry E. Rothermel<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2800<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | Patricia Rothermel<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5011<br>EIN   __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-01415-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Barry E. Rothermel                    Patricia Rothermel

5/29/24

**By the court:** _(signature)_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2